**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| TAMMY GREELY, ADMINISTRATRIX OF THE ESTATE OF RALPH GREELY, DECEASED, | : | No. 196 WAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Respondent | : | the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| WEST PENN POWER COMPANY AND WEST PENN POWER COMPANY D/B/A ALLEGHENY POWER, | : | |
| | : | |
| | : | |
| Petitioner | : | |

**ORDER**

**PER CURIAM**

　　**AND NOW**, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.